UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL JAMES BOWMAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:24-cv-00082<br><br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Commissioner of Social Security has filed an unopposed motion for entry of judgment under sentence four, 42 U.S.C. 405(g). (Doc. No. 17.) The motion is GRANTED. The decision below is REVERSED and this matter is REMANDED to the Commissioner for further action. This Order constitutes an entry of judgment.

The Clerk's Office is DIRECTED to close the case file.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge